### WILSON *v.* GARNER.

LITTLE, J. No error appears to have been made by the trial judge in the rulings complained of. The judgment is therefore

*Affirmed. All the Justices concurring.*

Submitted April 6, — Decided April 27, 1901.

Motion to set aside judgment. Before Judge Longley. City court of LaGrange. January 24, 1901.

*E. T. Moon*, for plaintiff. *Harwell & Lovejoy*, for defendant.